**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    BRIAN W. BRENSINGER
          ANNETTE M. BRENSINGER

               Debtor(s)                          CHAPTER 13

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                   Movant                         CASE NO: 1-18-00916-RNO


**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on March 23, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)    A Petition under Chapter 13 was filed on March 6, 2018.

2)    The Debtor has not filed the following items or a motion for extension
      of time to file same pursuant to F.R.B.P. 1007(c).

      **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME**
        **AND CALCULATION OF COMMITMENT PERIOD**
      **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
      **- CHAPTER 13 PLAN**

3)    If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the
      response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.


                                        Respectfully submitted,
                                         s/ Charles J. DeHart, III
                                        Standing Chapter 13 Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA  17036
                                        (717) 566-6097

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  BRIAN W. BRENSINGER          CHAPTER 13
ANNETTE M. BRENSINGER

CASE NO: 1-18-00916-RNO

**NOTICE**

The debtor(s) filed a Chapter 13 Bankruptcy Petition on March 6, 2018.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
- **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

Date:          **April 11, 2018**
Time:          **10:00 AM**
Location:      **Ronald Reagan Federal Bldg**
               **Bankruptcy Courtroom, 3rd Floor**
               **228 Walnut Street**
               **Harrisburg, PA 17101**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **April 6, 2018**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,
s/ Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036

Dated:  March 23, 2018

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    BRIAN W. BRENSINGER
          ANNETTE M. BRENSINGER

                Debtor(s)

CHAPTER 13

CASE NO: 1-18-00916-RNO

**CERTIFICATE OF SERVICE**

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order  by First Class Mail, unless served electronically,  at the below address on March 23, 2018.

JOHN M HYAMS ESQUIRE
2023 N 2ND STREET, SUITE 203
HARRISBURG, PA  17102-

BRIAN W. BRENSINGER
ANNETTE M. BRENSINGER
760 N. GARFIELD RD.
BERNVILLE, PA  19506

                                Respectfully submitted,
                                s/  Vickie Williams
                                for Charles J. DeHart, III, Trustee
                                8125 Adams Drive, Suite A
                                Hummelstown, PA  17036

Dated:  March 23, 2018

IN RE:    BRIAN W. BRENSINGER
          ANNETTE M. BRENSINGER

             Debtor(s)    CHAPTER 13


CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
             Movant
                            CASE NO: 1-18-00916-RNO
     vs.


BRIAN W. BRENSINGER
ANNETTE M. BRENSINGER         MOTION TO DISMISS

             Respondent(s)


## ORDER DISMISSING CASE


    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.