```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00916-RNO
Brian W. Brensinger                                             Chapter 13
Annette M. Brensinger
        Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Apr 04, 2018
                              Form ID: ntnew341        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
```
db/jdb         +Brian W. Brensinger,    Annette M. Brensinger,    760 N. Garfield Rd.,    Bernville, PA 19506-9020
5031505        +Bureau of Employer Tax Oper,    PO Box 68568,    Harrisburg, Pennsylvania 17106-8568
5031506        +CB/ANNTYLR,    PO BOX 182789,    COLUMBUS, OH 43218-2789
5040791        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
5031507        +Cumberland County Tax Bureau,    21 Waterford Drive, Suite 201,
                 Mechanicsburg, Pennsylvania 17050-8268
5031508        +FIRST NATIONAL BANK,    4140 E. State Street,    Hermitage, PA 16148-3401
5031510        +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                 Harrisburg, Pennsylvania 17120-0001
5031513        +RIVERFRT FCU,    430 S 4TH ST,    READING, PA 19602-2630
5034333        +Riverfront Federal Credit Union,    430 S 4th St,    Reading, PA 19602-2698
5031514        +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                 Washington, District of Columbia 20044-0227
5031515         United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5031509         E-mail/Text: cio.bncmail@irs.gov Apr 04 2018 19:07:07      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
5031511         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2018 19:07:16       PA Department of Revenue,
                 Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
5031512        +E-mail/Text: bankruptcyteam@quickenloans.com Apr 04 2018 19:07:29      QUICKENLOANS,
                 1050 WOODWARD AVE,    DETROIT, MI 48226-1906
5038515        +E-mail/Text: bankruptcyteam@quickenloans.com Apr 04 2018 19:07:29      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
5031516        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Apr 04 2018 19:07:20       United States Trustee,
                 228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Brian W. Brensinger jmh@johnhyamslaw.com,
               mii@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 2 Annette M. Brensinger jmh@johnhyamslaw.com,
               mii@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Brian W. Brensinger
Annette M. Brensinger

Debtor(s)

Chapter 13

Case No. 1:18−bk−00916−RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: May 10, 2018  Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: REshelman, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: April 4, 2018