```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00916-RNO
Brian W. Brensinger                                             Chapter 13
Annette M. Brensinger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Apr 04, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
db/jdb        +Brian W. Brensinger,   Annette M. Brensinger,   760 N. Garfield Rd.,   Bernville, PA 19506-9020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John Matthew Hyams     on behalf of Debtor 1 Brian W. Brensinger jmh@johnhyamslaw.com,
               mii@johnhyamslaw.com
              John Matthew Hyams     on behalf of Debtor 2 Annette M. Brensinger jmh@johnhyamslaw.com,
               mii@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Brian W. Brensinger | : | |
| and Annette M. Brensinger | : | |
| | : | CASE NO: 1:18-bk-00916-RNO |
| | : | |
| | : | |
| Debtors | : | |

### ORDER

The Debtors' Motion for an Extension of Time within which to file the Chapter 13 Schedules, Statements, Means Test, Payment Advices, Chapter 13 Plan, and other required documents in connection with the Chapter 7 case, having come this day to be heard, and good cause therefore appearing; it is hereby

ORDERED, that the time within which the Debtors are required to file the Chapter 13 Schedules, Statements, Means Test, Payment Advices, Chapter 13 Plan, and other required documents be, and the same hereby is, extended to and including April 20, 2018.

Dated: April 4, 2018

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (RE)