```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                     Case No. 18-00916-RNO
Brian W. Brensinger                                        Chapter 13
Annette M. Brensinger
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1      User: REshelman         Page 1 of 1       Date Rcvd: May 29, 2018
                          Form ID: ntcnfhrg       Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
db/jdb        +Brian W. Brensinger,   Annette M. Brensinger,   760 N. Garfield Rd.,   Bernville, PA 19506-9020
5031505       +Bureau of Employer Tax Oper,   PO Box 68568,   Harrisburg, Pennsylvania 17106-8568
5031506       +CB/ANNTYLR,    PO BOX 182789,    COLUMBUS, OH 43218-2789
5040791       +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
5031507       +Cumberland County Tax Bureau,   21 Waterford Drive, Suite 201,
                Mechanicsburg, Pennsylvania 17050-8268
5031508       +FIRST NATIONAL BANK,   4140 E. State Street,   Hermitage, PA 16148-3401
5031510       +Office of Attorney General,   Financial Enforcement Section, Strawberr,
                Harrisburg, Pennsylvania 17120-0001
5031513       +RIVERFRT FCU,   430 S 4TH ST,   READING, PA 19602-2630
5034333       +Riverfront Federal Credit Union,   430 S 4th St,   Reading, PA 19602-2698
5031514       +U.S. Department of Justice,   PO Box 227, Ben Frankling Station,
                Washington, District of Columbia 20044-0227
5031515        United States Attorney,   PO Box 11754,   Harrisburg, Pennsylvania 17108-1754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5031506       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 29 2018 19:04:12     CB/ANNTYLR,
                PO BOX 182789,    COLUMBUS, OH 43218-2789
5031509        E-mail/Text: cio.bncmail@irs.gov May 29 2018 19:04:05     Internal Revenue Service,
                PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
5031511        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 29 2018 19:04:18     PA Department of Revenue,
                Department 280946, Attn: Bankruptcy Divi,   Harrisburg, Pennsylvania 17128-0946
5031512       +E-mail/Text: bankruptcyteam@quickenloans.com May 29 2018 19:04:30     QUICKENLOANS,
                1050 WOODWARD AVE,   DETROIT, MI 48226-1906
5059045        E-mail/Text: bnc-quantum@quantum3group.com May 29 2018 19:04:14
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
5038515       +E-mail/Text: bankruptcyteam@quickenloans.com May 29 2018 19:04:30     Quicken Loans Inc.,
                635 Woodward Avenue,   Detroit, MI 48226-3408
5031516       +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV May 29 2018 19:04:22     United States Trustee,
                228 Walnut Street, Room 1190,   Harrisburg, Pennsylvania 17101-1722
5057888        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2018 19:07:46     Verizon,
                by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK 73124-8838
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Brian W. Brensinger jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 2 Annette M. Brensinger jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Brian W. Brensinger
Annette M. Brensinger

Debtor(s)

Chapter 13

Case No. 1:18−bk−00916−RNO

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **July 4, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 11, 2018<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 29, 2018 |