Certificate Number: 06531-PAM-DE-037455039

Bankruptcy Case Number: 18-00916



06531-PAM-DE-037455039

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 23, 2023</u>, at <u>9:01</u> o'clock <u>PM CDT</u>, <u>Annette M Brensinger</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 24, 2023</u>

By: <u>/s/Stephanie Kjetland for Seneca Lovett</u>

Name: <u>Seneca Lovett</u>

Title: <u>Credit Counselor</u>